IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                    CASE NO. 5:11-CR-50121-004

GLADIS HARO                                                 DEFENDANT

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 228) filed in this case on June 24, 2016, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion to Withdraw (Doc. 227) is **GRANTED**, and Defendant's Motion Pursuant to 28 U.S.C. § 2255 (Doc. 221) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 26th day of July, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE